In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH T. BRETT, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Appellants.

Argued May 24, 1939; decided June 19, 1939.

*William C. Chanler,* Corporation Counsel (*Robert H. Schaffer* and *Paxton Blair* of counsel), for appellants.

*Harold M. Kennedy* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.